UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60233-CR-ZLOCH

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                  **O R D E R**

GARY ANTONIO BRANCH,

        Defendant.
_____/

THIS MATTER came before the Court upon Government's Rule 35 Motion For Reduction In Sentence (DE 63). Hearing was held on the Motion on June 26, 2009. Upon consideration of the Government's Motion, proffers, argument of counsel, and being otherwise duly advised upon the premises, it is

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that the aforementioned Motion be and the same is hereby **GRANTED**.

The sentence previously imposed is hereby reduced to a term of **seventy-eight (78) months** custody of the United States Bureau of Prisons as to Count 3 of the Indictment. The Court recommends the 500 Hour Drug Abuse Program.

Upon release from imprisonment, the Defendant shall be placed on supervised release for a term of four years. A $100 special

assessment, less any amounts previously paid, and all previously imposed standard and special conditions of supervised release are reimposed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___26th___ day of June, 2009.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:
Lynn Rosenthal, Esq., AUSA
Paul Donnelly, Esq.
U.S. Probation Office
U.S. Marshal